# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147860(83)

THE SERVICE SOURCE, INC. and THE
SERVICE SOURCE FRANCHISE, LLC,
      Plaintiffs-Appellees,

v

                                      SC: 147860
                                      COA: 301013

DHL EXPRESS (USA), INC.,
          Defendant-Appellant.

                                      Lenawee CC: 09-003258-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's May 23, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2014


                      Clerk

d0624